# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case № 2:16-cv-08388-ODW (AFM) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE:** |
| $16,284.00 IN U.S. CURRENCY, | **FAILURE TO OPPOSE MOTION TO** |
| Defendant, | **STRIKE** |
| MARIA CONSUELO DIAZ, | |
| Claimant. | |

//
//
//
//
//
//
//
//

On June 19, 2017, Plaintiff United States of America moved to strike Claimant Maria Consuelo Diaz's Claim and Answer for lack of standing. (ECF No. 25.) The Motion was set for hearing on July 24, 2017. Under Local Rule 7-9, Diaz's opposition to the motion was due on July 3, 2017. To date, the Court has not received any opposition. Local Rule 7-12 allows the Court to grant motions as unopposed in the event that a timely opposition is not filed. C.D. Cal. L.R. 7-12; *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming dismissal on the basis of an unopposed motion where a local rule permitted such a dismissal). However, the Court also may show extra lenience on dates and deadlines for *pro se* litigants, such as Claimant Diaz.

The Court therefore **ORDERS** as follows:

(1) On or before **July 17, 2017**, Diaz shall either:

    (a) File and serve an opposition to the Motion; or

    (b) File a written explanation with the Court as to why the Court should not rule on the Motion without hearing opposition.

(2) If Diaz files a timely opposition to the Motion, Plaintiff shall have ten days to file a Reply, with the Reply due on **July 27, 2017**.

(3) The hearing on Plaintiff's Motion to Strike is **CONTINUED** to **August 7, 2017, at 1:30 p.m**.

If Diaz fails to file an opposition by July 17, 2017, the Court will review Plaintiff's motion as unopposed. Finally, the Court advises Diaz to carefully review the Federal Rules of Civil Procedure, the Local Rules, and this Court's Case Management Order in preparing an opposition to Plaintiff's Motion. The Court further advises Diaz that a Federal Pro Se Clinic is located in the United States Courthouse at 312 N. Spring Street, Room G-19, Main Street Floor, Los Angeles, California 90012. The clinic is open for appointments on Mondays, Wednesdays, and Fridays from 9:30 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m. The Federal Pro Se Clinic offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions. For more information, Plaintiff

may visit http://www.cacd.uscourts.gov and follow the link for "Pro Se Clinic—Los Angeles," or contact Public Counsel at 213–385–2977, extension 270. Diaz is encouraged to visit the clinic or to seek the advice of an attorney.

**IT IS SO ORDERED.**

July 11, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**